UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Fiege, | Case No. 23-cv-0602 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| MEnD Correctional Care, et al., | |
| Defendants. | |

---

**IT IS HEREBY ORDERED:**

1. The application to proceed *in forma pauperis* of Jared Fiege [Docket No. 2] is **GRANTED**.

2. Fiege must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Fiege does not complete and return the Marshal Service Forms within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Fiege by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from defendant MEnD Correctional Care and from defendants Todd Leonard and Dr. Joel Henson in their individual capacities, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant sued in his or her individual capacity fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is

mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The U.S. Marshals Service is directed to effect service of process on defendants Saint Louis County, Washington County, and the Minnesota Department of Corrections consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

6. Fiege must pay the unpaid balance ($243.74) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Fiege is confined.

Dated: April 17, 2023

s/David T. Schultz  
DAVID T. SCHULTZ  
U.S. Magistrate Judge