UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JARED FIEGE,<br><br>Plaintiff,<br><br>v.<br><br>MEND CORRECTIONAL CARE, TODD LEONARD, SAINT LOUIS COUNTY, SAINT LOUIS COUNTY SHERIFF'S OFFICE, WASHINGTON COUNTY, WASHINGTON COUNTY SHERIFF'S OFFICE, DR. JOEL JENSEN, MINNESOTA DEPARTMENT OF CORRECTIONS, and J. DOES 1-10, individually and in their official capacities,<br><br>Defendants. | Case No. 23-CV-602 (NEB/DLM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the Report and Recommendation of United States Magistrate Judge Douglas M. Micko. (ECF No. 73.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The Report and Recommendation (ECF No. 73) is ACCEPTED;

2. The matter is DISMISSED WITHOUT PREJUDICE as to Defendants MEnD Correctional Care and Todd Leonard for Plaintiff Jared Fiege's failure to effect timely service on them under Federal Rule of Civil Procedure 4(m).

Dated: January 22, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge