UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JARED FIEGE, | Case No. 23-CV-602 (NEB/DLM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MEND CORRECTIONAL CARE, TODD LEONARD, SAINT LOUIS COUNTY, SAINT LOUIS COUNTY SHERIFF'S OFFICE, WASHINGTON COUNTY, WASHINGTON COUNTY SHERIFF'S OFFICE, DR. JOEL JENSEN, MINNESOTA DEPARTMENT OF CORRECTIONS, and J. DOES 1-10, individually and in their official capacities, | |
| Defendants. | |

The Court has received the Report and Recommendation of United States Magistrate Judge Douglas M. Micko. (ECF No. 78.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 78) is ACCEPTED;

2. Defendants Saint Louis County and Saint Louis County Sheriff's Office's Motion to Dismiss (ECF No. 17) is GRANTED, Defendant Saint Louis County is DISMISSED WITHOUT PREJUDICE, and Defendant Saint Louis County Sheriff's Office is DISMISSED WITH PREJUDICE;

3. Defendants Washington County and Washington County Sheriff's Office's Motion to Dismiss (ECF No. 35) is GRANTED, Defendant Washington County is DISMISSED WITHOUT PREJUDICE, and Defendant Washington County Sheriff's Office is DISMISSED WITH PREJUDICE; and

4. Defendant Minnesota DOC's Motion to Dismiss (ECF No. 26) is GRANTED and Defendant Minnesota DOC is DISMISSED WITH PREJUDICE.

Dated: March 5, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge